# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOOD STUFF BURGER, a business of unknown form; 11901 OLYMPIC, INC., a California corporation; and Does 1-10,<br><br>Defendants. | Case No.: 2:18-cv-03427-ODW (GJSx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Good Stuff Burger and 11901 Olympic, Inc., ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. All dates and deadlines are **VACATED** and taken off calendar, and the clerk shall close the case.

**IT IS SO ORDERED.**

January 28, 2019

OTIS D. WRIGHT, II
UNITED STATES DISTRICT COURT JUDGE